MARC J. WIGUL, a member of ASK LAW GROUP,
Abramowitz, Stefanski, Korenberg A Law Corporation
13949 Ventura Boulevard Suite 300
Sherman Oaks, CA 91423
(818) 788-1914 Fax (818) 905-8195
California Bar No. 172113
Attorneys for the Plaintiffs



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| RUSSELL SMITH | CASE NUMBER |
|---|---|
| Plaintiff(s), | CV 06-5336 GAF (FMOx) |
| v. | |
| ALBERTO R. GONZALES, et al. | NOTICE OF DISMISSAL PURSUANT RULE 41(a) or (c) F.R.Civ.P. |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☒ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ ONLY Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

November 1, 2006
Date                    Signature of Attorney/Party

DOCKETED ON CM
NOV - 6 2006

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

CV-9 (07/01)          NOTICE OF DISMISSAL PURSUANT TO F.R.Civ.P. 41(a) or (c)

NAME, ADDRESS, AND TELEPHONE NUMBER
OF ATTORNEY(S)
MARC J. WIGUL, a member of
ASK LAW GROUP,
ABRAMOWITZ, STEFANSKI, KORENBERG
A Law Corporation
13949 Ventura Boulevard Suite 300
Sherman Oaks, CA 91423
(818) 788-1914

Attorney For Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL SMITH<br><br>PLAINTIFF(S)<br><br>VS<br><br>ALBERTO R. GONZALES, et al.<br><br>DEFENDANT(S) | CASE NUMBER<br><br>CV NO: 06-5336 GAF (FMOx) |
| | PROOF OF SERVICE<br>ACKNOWLEDGMENT OF SERVICE |

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of _____Los Angeles_____, State of California, and not a party to the above-entitled cause. On November 1, 2006, I served a true copy of _____**NOTICE OF DISMISSAL**_____

____☐ by personally delivering it to the person(s) indicated below in the manner as provided in FRCivP 5(B); ☐ by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

        United States Attorney's Office
        300 North Los Angeles Street
        Suite 7516
        Los Angeles, CA 90012

(OVER)

Place of Mailing: _____Sherman Oaks, CA_____

Executed on November 1, 2006, at _____Sherman Oaks_____, California

PLEASE CHECK ONE OF THESE BOXES IF SERVICE IS MADE BY MAIL

      I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

**       I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made

      I hereby certify under the penalty of perjury that the foregoing is true and correct.

**_Natasha Rezac_____

SIGNATURE OF PERSON MAKING SERVICE

ACKNOWLEDGMENT OF SERVICE

I, _____, Received a true copy of the within document on _____, 20_____.

_____
( Signature )

for: _____
( Party Served )

CV-40 (2/90)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | |
| Certified Fee | | NOV 01 2006 |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To: United States Attorney's Office
Street, Apt. No.; or PO Box No.: 300 North Los Angeles Street, Room 7516
City, State, ZIP+4: Los Angeles, CA 90012

PS Form 3800, June 2002        See Reverse for Instructions

7002 0860 0001 9188 7368